IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-162

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLES CLAYTON JACKSON. | ) | |
| | ) | |

THIS MATTER comes before this Court upon the Defendant's Motion to Stay Deadlines, (file doc. 17), and his attorney's Motion to Withdraw, (file doc. 16).

Turning first to the Motion to Withdraw, counsel has represented to the Court that the key witness against Defendant is also being represented by her firm. Counsel was not made aware of this fact until after Defendant signed his plea agreement. Accordingly, counsel's ability to represent the defendant in this matter has become substantially impaired and the Motion to Withdraw will be **granted**.

Next, due to his attorney's conflict and need to withdraw from this matter, Defendant seeks to have upcoming deadlines stayed. Because this Court has granted the motion for his attorney to withdraw, the Court will also **grant** Defendant's Motion to temporarily stay deadlines in this matter until he is able to retain additional counsel.

In conclusion, the Motion to Withdraw, (file doc. 16), is **GRANTED**, and Defendant's Motion to Stay Deadlines, (file doc. 17), temporarily while he retains additional counsel is **GRANTED**.

**Signed: September 8, 2005**

Graham C. Mullen
Chief United States District Judge