# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLIN
## CHARLOTTE DIVISION
## CIVIL ACTION NO.3:04CR162-02

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | **O R D E R** |
| ) | |
| CHARLES CLAYTON JACKSON, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Petition and Certification for Pro Hac Vice Admission" (document #26) of defense counsel Timothy D. Record. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: September 6, 2006

Carl Horn, III
United States Magistrate Judge