# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHARLES CLAYTON JACKSON | ) | Case No:  3:04CR162-2 |
| | ) | USM No:  19643-058 |
| Date of Previous Judgment:  September 5, 2006 | ) | Lucky Osho |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.   ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level:  27 | | Amended Offense Level:  25 | |
| Criminal History Category:  IV | | Criminal History Category:  IV | |
| Previous Guideline Range:  120 to 125 months | | Amended Guideline Range:  120 to life months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):   No reduction as the guideline range is restricted by the mandatory statutory minimum sentence.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  September 5, 2006  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   June 9, 2009

Effective Date:  _____
(if different from order date)

Frank D. Whitney
**United States District Judge**